Kathryn Rosen, WSBA #29465
katierosen@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 Telephone

Paula Lehmann, WSBA #20678
paulalehmann@dwt.com
DAVIS WRIGHT TREMAINE LLP
929 108th Avenue NE, Suite 1500
Bellevue, WA 98004-4786
(425) 646-6100 Telephone

Attorneys for Defendant Providence

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| ANDREA KANE, M.D.; BROOK LANG, M.D.; AND CHRISTOPHER RABIN, D.O., <br><br> Plaintiffs, <br><br> v. <br><br> MEDNAX SERVICES, INC., a foreign corporation; PEDIATRIX MEDICAL GROUP OF WASHINGTON, INC., P.S. a Washington professional services corporation; and PROVIDENCE HEALTH & SERVICES—WASHINGTON d/b/a PROVIDENCE SACRED HEART MEDICAL CENTER, <br><br> Defendant. | No. 2:22-cv-00159-TOR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT PROVIDENCE HEALTH & SERVICES— WASHINGTON D/B/A PROVIDENCE SACRED HEART MEDICAL CENTER'S MOTION TO DISMISS** <br><br> Oral Argument Requested <br><br> [Clerk's Action Required] |

THIS MATTER comes before the Court on Defendant Providence Health & Services—Washington d/b/a Providence Sacred Heart Medical Center's

[PROPOSED] ORDER GRANTING DEFENDANT
PROVIDENCE'S MOTION TO DISMISS - 1
(No. 2:22-cv-00159-TOR )

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA 98004-4786
425.646.6100 main · 425.646.6199 fax

Motion to Dismiss ("Motion to Dismiss").  The Court has considered the pleadings and papers on file in this matter including, in particular:

1. Plaintiffs' Complaint;

2. Defendant's Motion to Dismiss;

3. Plaintiffs' brief filed in opposition to Defendant's Motion to Dismiss, if any; and

4. Defendant's reply papers in support of its Motion to Dismiss, if any.

Based on the above, the Court finds pursuant to Fed. R. Civ. P. 12(b)(6) that Plaintiffs have failed to state a claim upon which relief may be granted as to Defendant Providence Health & Services—Washington d/b/a Sacred Heart Medical Center.

THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Dismiss is GRANTED.  Plaintiffs' claims against Defendant Providence Health & Services—Washington d/b/a Sacred Heart Medical Center are dismissed entirely and with prejudice, without an award of costs or fees to either party.

[PROPOSED] ORDER GRANTING DEFENDANT
PROVIDENCE'S MOTION TO DISMISS - 2
(No. 2:22-cv-00159-TOR )

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

1  DATED this _____ day of _____, 2022.

2

3                                              _____
                                               THOMAS O. RICE
4                                              UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  [PROPOSED] ORDER GRANTING DEFENDANT
    PROVIDENCE'S MOTION TO DISMISS - 3
    (No. 2:22-cv-00159-TOR )

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

*Presented by:*

Davis Wright Tremaine LLP
Attorneys for Defendant Memorial

By */s/ Kathryn Rosen*
   Kathryn Rosen, WSBA #29465
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: 206-622-3150
   katierosen@dwt.com

By */s/ Paula Lehmann*
   Paula Lehmann, WSBA #20678
   929 – 108th Avenue NE, Suite 1500
   Bellevue, WA 98004-5149
   Telephone: 425-646-6100
   paulalehmann@dwt.com

[PROPOSED] ORDER GRANTING DEFENDANT
PROVIDENCE'S MOTION TO DISMISS - 4
(No. 2:22-cv-00159-TOR )

Davis Wright Tremaine LLP
LAW OFFICES
Suite 1500
929 108th Avenue NE
Bellevue, WA 98004-4786
425.646.6100 main · 425.646.6199 fax