AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Andrea Kane, M.D., et al., <br> *Plaintiff* <br> v. <br> Mednax Services, Inc., Pediatrix Medical Group of Washington, Inc., P.S., and Providence Health & Services-Washington, <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  2:22-CV-0159-TOR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Providence Health & Services – Washington's Motion to Dismiss (ECF No. 13) is GRANTED.  Providence Health & Services – Washington is DISMISSED.  Defendants Mednax Services, Inc. and Pediatrix Medical Group of Washington, Inc., P.S.'s Motion to Compel Arbitration (ECF No. 16) is GRANTED.  Plaintiffs' Motion to Strike (ECF No. 29) is DENIED as moot.  Each party shall bear their own attorney's fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Defendant Providence Health & Services - Washington's Motion to Dismiss (ECF No. 13); Defendants Mednax Services, Inc., & Pediatrix Medical Group of Washington, Inc., P.S.'s Motion to Compel Arbitration (ECF No. 16).

Date:  November 7, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry