AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 16, 2025**

SEAN F. McAVOY, CLERK

BROOK LANG, M.D., and CHRISTOPHER RABIN, D.O., )
*Plaintiffs,* )
v. ) Civil Action No. 2:22-cv-00159-TOR
)
PROVIDENCE HEALTH & SERVICES-WASHINGTON d/b/a PROVIDENCE SACRED HEART MEDICAL CENTER, )
*Defendants.*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 79) is GRANTED.
Plaintiff's claim for Wrongful Termination in Violation of Public Policy, discrimination based on gender and retaliation under the WLAD, Negligence, and NIED are DISMISSED with prejudice.
Plaintiff's Motion for Summary Judgment (ECF No. 84) is DENIED as moot.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE    .

Date: 10/16/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*