HON. THOMAS O. RICE

Elizabeth Hanley, WSBA #38233
hanley@sgb-law.com
Hong (Chen-Chen) Jiang, WSBA #51914
jiang@sgb-law.com
SCHROETER GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA  98101
Phone:  (206) 622-8000
Fax:  (206) 682-2305

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROOK LANG, M.D.; and CHRISTOPHER RABIN, D.O.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PROVIDENCE HEALTH & SERVICES-WASHINGTON d/b/a PROVIDENCE SACRED HEART MEDICAL CENTER,<br><br>　　　　　　　Defendant. | No.  2:22-cv-00159-TOR<br><br>NOTICE OF APPEAL |

Notice is hereby given that the named Plaintiffs in the above-captioned case appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on October 16, 2025 (ECF No. 124), which granted

NOTICE OF APPEAL– 1

Defendant Providence Health & Services-Washington d/b/a Providence Sacred Heart Medical Center's Motion for Summary Judgment (ECF No. 79).

DATED this 14th day of November, 2025.

SCHROETER, GOLDMARK & BENDER

_____
ELIZABETH HANLEY, WSBA #38233
HONG (CHEN-CHEN) JIANG, WSBA #51914

Attorney for Plaintiffs
SCHROETER GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: hanley@sgb-law.com
         jiang@sgb-law.com

NOTICE OF APPEAL– 2

SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I certify that I caused to be served in the manner noted below a copy of the foregoing pleading on the following individual(s):

*Counsel For:* Providence Health & Services - Washington

LITTLER MENDELSON, P.C.
Charles A. Powell *(pro hac vice)*
Nina Stroescu, WSBA # 60361
Scott Beimer, WSBA # 39214
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Phone: (206) 623-3300
Email: cpowell@littler.com
nstroescu@littler.com
sbeimer@littler.com

☐ Via Facsimile
☐ Via First Class Mail
☐ Via Messenger
☒ Via Email
☒ Via E-Filing/E-Service

DATED:   November 14, 2025 at Seattle, Washington.

_____
Tiffany Gaines, Paralegal
401 Union, Suite 3400
Seattle, WA 98101
(206) 622-8000
gaines@sgb-law.com

NOTICE OF APPEAL– 3